```
                                                              FILED
                                                           August 12, 2025
          UNITED STATES DISTRICT COURT                  CLERK, U.S. DISTRICT COURT
           WESTERN DISTRICT OF TEXAS                    WESTERN DISTRICT OF TEXAS
              SAN ANTONIO DIVISION                    BY:_____NM_____
                                                                  DEPUTY
```

| | |
|---|---|
| **JOHN HERRMANN and CONCHITA HERRMANN,** § § § | |
| Plaintiffs, § § | **CIVIL NO. SA-25-CV-561-OLG** |
| v. § § | |
| **WILLIAM SQUIRES, III** *et al.*, § § | |
| Defendants. § | |

# O R D E R

The Court has considered United States Magistrate Judge Elizabeth S. Chestney's Report and Recommendation (the "Report") (Dkt. No. 22), filed on July 21, 2025. Plaintiffs filed objections (the "Objections") (Dkt. No. 26) to the Report.

When a party objects to a magistrate judge's report and recommendation, the district court must conduct a de novo review as to those portions of the report and recommendation to which an objection is made. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Frivolous, conclusory, or general objections need not be considered by the district court. *See Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987). Any portions of the magistrate judge's finding or recommendation that were not objected to are reviewed for clear error. *Wilson*, 864 F.2d at 1221.

The Court has conducted a de novo review of those portions of the Report subject to the Objections and is of the opinion that the Report is correct, and that the Objections are without merit as to Judge Chestney's ultimate findings. Accordingly, the Objections (Dkt. No. 26) are **OVERRULED,** the Report (Dkt. No. 22) is **ACCEPTED** and, for the reasons set forth therein, Plaintiffs' claims are **DISMISSED** pursuant to 28 U.S.C. § 1915(e). Any other pending motions are **DISMISSED AS MOOT.**

This case is **CLOSED**.

**IT IS SO ORDERED**.

**SIGNED** this _____12____ day of August, 2025.

_____
ORLANDO L. GARCIA
United States District Judge